**Jose Octavio Lopez SANCHEZ, Petitioner—Appellant,**

v.

**Neil H. ADLER, Warden, Respondent—Appellee.**

No. 09–15430.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 6, 2009.

Jose Octavio Lopez Sanchez, Taft, CA, pro se.

Bureau of Prisons Regional Counsel, U.S. Department of Justice, Stockton, CA, Mark J. McKeon, Esquire, Assistant U.S., Office of the U.S. Attorney, Fresno, CA, Dale Patrick, Esquire, Taft, CA, Andje Morovich Medina, Esquire, Lewis Brisbois Bisgaard & Smith LLP, San Francisco, CA, for Respondent–Appellee.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Federal prisoner Jose Octavio Lopez Sanchez appeals pro se from a magistrate

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

judge's dismissal of his 28 U.S.C. § 2241 habeas corpus petition. We have jurisdiction pursuant to 28 U.S.C. §§ 1291 and 2253, and we affirm.

Sanchez contends that his due process rights were violated by a Disciplinary Hearing Officer's determination that he possessed a prohibited weapon and a prohibited drug or narcotic. The record reflects that procedural safeguards were met and that "some evidence" demonstrates that Sanchez possessed the prohibited contraband. *See Superintendent v. Hill,* 472 U.S. 445, 454–56, 105 S.Ct. 2768, 86 L.Ed.2d 356 (1985).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.